IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MANOULA, LLC d/b/a CHINA GROVE FAMILY RESTAURANT,

    Plaintiff,

v.

OHIO SECURITY INSURANCE COMPANY,

    Defendant.

1:21-cv-00718

**JUDGMENT**

For the reasons set out in the Memorandum Opinion and Order entered contemporaneously with this Judgment,

IT IS ORDERED AND ADJUDGED that Ohio Security's motion to dismiss (Doc. 6) is GRANTED and the complaint is dismissed as follows: the breach of contract claim (Count I) is DISMISSED WITH PREJUDICE, and the unfair trade practices claim (Count II) is DISMISSED WITHOUT PREJUDICE.

                                        /s/   Thomas D. Schroeder
                                        United States District Judge

January 13, 2022