UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION
1:21-cv-718-TDS-LPA

MANOULA, LLC, d/b/a CHINA )
GROVE FAMILY RESTAURANT, )
)
                Plaintiff, )
v. )   **NOTICE OF APPEAL**
)
OHIO SECURITY INSURANCE )
COMPANY, )
                Defendant. )
_____)

      Plaintiff Manoula, LLC, d/b/a China Grove Family Restaurant hereby appeals to the United States Court of Appeals for the Fourth Circuit from the final judgment entered on January 13, 2022.

      This the 11th day of February 2022.

                                    DORAN LAW OFFICES
                                    Attorney for Plaintiff-Appellant

                                    By:  */s/ Michael Doran*
                                          MICHAEL DORAN
                                          NC State Bar No. 10855
                                          Post Office Box 1006
                                          Salisbury, NC 28145-1006
                                          T: (704) 216-1544
                                          F: (704) 245-6415
                                          mdoran@doranlaw-nc.com

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing Notice of Appeal on L. Andrew Watson, counsel for the Defendant herein, by email only (as agreed by the parties) and addressed as follows: awatson@butler.legal.

This the 11th day of February 2022.

/s/ Michael Doran
MICHAEL DORAN
Attorney for Plaintiff
N.C. State Bar No. 10855
DORAN LAW OFFICES
Post Office Box 1006
Salisbury, North Carolina 28145-1006
T: (704) 216-1544
F: (704) 245-6415
Email: mdoran@doranlaw-nc.com